AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

MAINSTREET BANK

**SUMMONS IN A CIVIL CASE**

V.

NATIONAL EXCAVATING CORPORATION, et al.

CASE    AW 10-CV-2116

TO: (Name and address of Defendant)
National Excavating Corporation Employee Stock Ownership Trust
SERVE:  G. Rogers Smith, Trustee
125 Country Club Drive
Covington, LA 70433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Richard E. Hagerty

Troutman Sanders LLP

1660 International Drive, Suite 600

McLean, Virginia 22102

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                August 4, 2010
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8-6-2010 |
| NAME OF SERVER (PRINT) Curtis W. Stallworth | TITLE Private Det. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 125 Country Club Dr. Covington La

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were G. Rogers Smith

☐ Returned

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL Included | SERVICES $200 | TOTAL $200 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 8-6-2010     Curtis Stallworth
         Date                Signature of Server

5221 Arbutus Ct. Marrero La 70072
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.