# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

MAINSTREET BANK

**SUMMONS IN A CIVIL CASE**

V.

NATIONAL EXCAVATING CORPORATION, et al.

CASE    AW 10-CV-2116

TO: (Name and address of Defendant)

G. Rogers Smith as Trustee of the National Excavating Corporation Employee Stock Ownership Trust

125 Country Club Drive

Covington, LA 70433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard E. Hagerty

Troutman Sanders LLP

1660 International Drive, Suite 600

McLean, Virginia 22102

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon          August 4, 2010
CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE 8-6-2010 |
| NAME OF SERVER (PRINT) Curtis Stallworth || TITLE Private Det. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 125 Country Club Dr - Covington La

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were G. Rogers Smith

☐ Returned

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL Included | SERVICES $200 | TOTAL 200 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 8-6-2010    Curtis Stallworth
                Date         Signature of Server

5221 Arbutus Ct. Marrero La. 70072
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.