# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Mainstreet Bank** )
)
)
)
**Plaintiff** )
) Case No.: AW 10-CV-2116
v. )
**National Excavating Corporation, et al.** )
)
)
)
**Defendant** )

## AFFIDAVIT OF SERVICE

I, Melvin M. Shapiro, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Civil Cover Sheet, Complaint with Exhibits A - F, Disclosure of Corporate Interest and Motion for Admission Pro Hac Vice

SERVE TO: National Excavating Corporation c/o William B. Finagin, Jr., President
SERVICE ADDRESS: 7200 Indian Summer Place, Welcome, Maryland 20693

DATE SERVED: August 12, 2010  TIME SERVED: 7:30 AM

PERSON SERVED: William B. Finagin, Jr., President, authorized to accept.

Described herein:
Gender: Male   Race/Skin: White   Hair: Grey   Age: 44   Height: 5'11"   Weight: 185

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/13/10

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 10-044346

Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

MAINSTREET BANK

V.

NATIONAL EXCAVATING CORPORATION, et al.

**SUMMONS IN A CIVIL CASE**

CASE   AW 10-CV-2116

TO: (Name and address of Defendant)

National Excavating Corporation
SERVE: William B. Finagin, Jr., President
7200 Indian Summer Place
Welcome, MD 20693

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard E. Hagerty
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK



August 4, 2010
DATE

(By) DEPUTY CLERK